Carter W. SAMUELS,[1] Respondent Below, Appellants,

v.

1. The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

Darlene JOWERS and Casandra Jowers, Petitioners Below, Appellees.

No. 237, 2015

Supreme Court of Delaware.

Submitted: August 28, 2015

Decided: November 10, 2015

Court Below—Family Court of the State of Delaware, in and for Sussex County, File No. CS14–02895, Petition No. 14–32396

AFFIRMED.